LDA

UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Brushy Brook Development Company, LLC, *Debtor*. | Chapter 7<br>BK Case No. 05-13009 |
| CHARLES A. PISATURO, TRUSTEE, *Plaintiff*, vs. GRANT SCHMIDT, M.D., and THOMPSON HINE LLP, *Defendants*. | A.P. No. 1:07-AP-01041 |

CA 07 393ML

**JOINDER OF DEFENDANT GRANT SCHMIDT, M.D.
TO THE MOTION OF THOMPSON HINE LLP
FOR ORDER WITHDRAWING THE REFERENCE**

Defendant Grant Schmidt, M.D. ("Dr. Schmidt"), by and through his undersigned counsel, hereby joins in the Motion of Thompson Hine LLP For an Order Withdrawing the Reference filed on September 19, 2007.

As the Complaint asserts similar causes of action against both Thompson Hine and Dr. Schmidt, and for the grounds set forth in Thompson Hine's Memorandum of Law in Support of its Motion For Order Withdrawing the Reference, Dr. Schmidt hereby similarly requests this Court to enter an order immediately withdrawing from the Bankruptcy Court the reference of the above-captioned adversary proceeding.

**GRANT SCHMIDT, M.D.,**

By his Attorneys,

/s/ William M. Dolan III

William M. Dolan III (#4524)
**Brown Rudnick Berlack Israels LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

Date: September 20, 2007

**CERTIFICATION**

I hereby certify that on September 20, 2007, I caused this document to be electronically filed with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- Matthew J. McGowan, Esq. mmcgowan@smsllaw.com
- John A. Tarantino, Esq. jtarantino@apslaw.com
- Joseph Avanzato, Esq. Javanzato@apslaw.com

/s/ William M. Dolan III
William M. Dolan III

# 50229400 v2 - MEDEIRD - 027079/0001