UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Charles A. Pisaturo, Jr., Trustee | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **C.A. No. 07-393-ML** |
| | : | |
| Grant Schmidt, M.D. and | : | |
| Thompson Hine LLP | : | |

## NOTICE OF APPEARANCE

Katy A. Hynes of Adler Pollock & Sheehan P.C. hereby enters her appearance on behalf of Thompson Hine LLP.

/s/ Katy A. Hynes
Katy A. Hynes, #6659
khynes@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: October 23, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of October, 2007, I sent a true copy of the foregoing pleading by electronic means (ECF) to the following:

Matthew J. McGowan, Esq.
mmcgowan@smsllaw.com
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street, Suite 301
Providence, RI 02903

*Attorney for Plaintiff*
*Charles A. Pisaturo, Jr., Chapter 7 Trustee*
*for Brushy Brook Development Company, LLC*

and by regular mail, postage prepaid to:

William M. Dolan III, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
wdolan@brownrudnick.com

*Attorney for Grant Schmidt, M.D.*

/s/ Katy A. Hynes

*432919_1.doc*