**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Charles A. Pisaturo Jr., Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Grant Schmidt, M.D. and<br>Thompson Hine LLP<br><br>Defendants | ) | C.A. No. 07-00393-ML-LDA |

## NOTICE OF APPEARANCE

Joseph Avanzato of Adler Pollock & Sheehan P.C. hereby enters his appearance on behalf of Thompson Hine LLP.

/s/ Joseph Avanzato
Joseph Avanzato, #4774
Javanzato @apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: October 23, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of October, 2007, I sent a true copy of the foregoing pleading by electronic means (ECF) to the following:

Matthew J. McGowan, Esq.
mmcgowan@smsllaw.com
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street, Suite 301
Providence, RI 02903

*Attorney for Plaintiff*
*Charles A. Pisaturo, Jr., Chapter 7 Trustee*
*for Brushy Brook Development Company, LLC*

and by regular mail, postage prepaid to:

William M. Dolan III, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
wdolan@brownrudnick.com

*Attorney for Grant Schmidt, M.D.*

/s/ Joseph Avanzato

*432902_1.doc*