# EXHIBIT A

FORM B10 (Official Form 10) (04/05)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

# PROOF OF CLAIM

Name of Debtor
Brushy Brook Development Company, LLC

Case Number
1:05-13009

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Grant Schmidt

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

Name and Address where notices should be sent:

Grant Schmidt
142 North Main Street
London, OH 43140-1151

Telephone Number:

05-13009

943438702

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:________

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other ________
- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: ______
  Unpaid compensation for services performed
  from ______ (date) to ______ (date)

**2. Date debt was incurred:** VARIOUS DATES

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $305,115.44 (unsecured) ______ (secured) ______ (priority) 305,115.44 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other________

Value of Collateral: $________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $________

**6. Unsecured Nonpriority Claim** $305,115.44
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $________
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
- ☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date
9/20/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature] GRANT SCHMIDT MD

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

029217

# BRUSHY BROOK DEVELOPMENT COMPANY, LLC.

## LOAN SUMMARY : Grant Schmidt MD to BBDC[1]

**Loans**

| | Year | Principal | Interest | Total |
|---|---|---|---|---|
| | 2002 | $75,004.10 | $4,829.35 | $79,833.45 |
| | 2003 | $361,122.61 | $42,654.93 | $403,777.54 |
| | 2004 | $87,391.46 | $8,399.46 | $95,790.92 |
| | 2005 | $28,074.00 | $509.53 | $28,583.53 |
| | *TOTAL LOANS* | $551,592.17 | $56,393.27 | $607,985.44 |
| **Payments** | | | | |
| | 12/9/2002 | $45,170.00 | $0.00 | $45,170.00 |
| | 6/9/2004 | $220,000.00 | $0.00 | $220,000.00 |
| | 9/10/2004 | $15,000.00 | $0.00 | $15,000.00 |
| | 9/28/2004 | $20,000.00 | $0.00 | $20,000.00 |
| | 12/10/2004 | $2,700.00 | $0.00 | $2,700.00 |
| | *TOTAL PAYMENTS* | $302,870.00 | $0.00 | $302,870.00 |
| **OUTSTANDING BALANCE** | | $248,722.17 | $56,393.27 | **$305,115.44** |

[1] Loans and interest through 8/14/2005

Note - Three 30 day notes were repaid without interest.
5/2003 $ 6400.00 [40 days]
10/2004 $17,000.00 [7 days]
12/2004 $17.000.00 [2 days]

# BRUSHY BROOK DEVELOPMENT COMPANY, LLC.

## Loans to BBDC from Grant Schmidt MD

| Original Loan Date | Payee | Loan Principal | Interest |
|---|---|---|---|
| 4/9/2002 | Crossman Engineering | $612.50 | $33.52 |
| 4/19/2002 | East River Design | $6,500.00 | $340.92 |
| 5/17/2002 | Bose McKinney | $2,500.00 | $115.24 |
| 5/30/2002 | Richard Lipsitz | $2,375.00 | $102.45 |
| 5/30/2002 | East River Design | $5,000.00 | $215.69 |
| 6/14/2002 | Thompson Hine LLP | $766.15 | $30.45 |
| 6/17/2002 | East River Design | $3,400.00 | $132.52 |
| 7/2/2002 | National City - Deposit | $50.00 | $1.78 |
| 7/16/2002 | Thompson Hine LLP | $863.50 | $27.69 |
| 7/18/2002 | Charles Fogarty | $632.74 | $20.00 |
| 7/18/2002 | Charles Fogarty | $630.00 | $19.92 |
| 7/18/2002 | Charles Fogarty | $300.00 | $9.48 |
| 7/31/2002 | East River Design | $2,300.00 | $65.97 |
| 8/15/2002 | Charles Fogarty | $180.00 | $4.64 |
| 8/19/2002 | State of Rhode Island | $261.02 | $6.50 |
| 8/26/2002 | National City - Deposit | $1,500.00 | $35.02 |
| 8/26/2002 | East River Design | $7,100.00 | $165.75 |
| 9/24/2002 | National City - Deposit | $2,900.00 | $49.05 |
| 9/26/2002 | Charles Fogarty | $10,000.00 | $455.95 |
| 9/30/2002 | East River Design | $2,000.00 | $245.28 |
| 10/11/2002 | Charles Fogarty | $1,138.72 | $137.15 |
| 10/11/2002 | Charles Fogarty | $184.03 | $22.17 |
| 10/11/2002 | Charles Fogarty | $622.80 | $75.01 |
| 10/23/2002 | Vin Naccarato | $2,955.00 | $348.84 |
| 11/4/2002 | East River Design | $5,100.00 | $562.11 |
| 11/8/2002 | National City - Deposit | $3,000.00 | $328.26 |
| 11/8/2002 | Thompson Hine LLP | $4,762.64 | $521.13 |
| 12/9/2002 | East River Design | $6,120.00 | $632.81 |
| 12/30/2002 | East River Design | $1,250.00 | $124.02 |
| | | $75,004.10 | $4,829.35 |

# BRUSHY BROOK DEVELOPMENT COMPANY, LLC.

## Loans to BBDC from Grant Schmidt MD

| Original Loan Date | Payee | Loan Principal | Interest |
|---|---|---|---|
| 1/13/2003 | East River Design | $2,000.00 | 214.59 |
| 1/31/2003 | National City - Deposit | $3,223.78 | 331.54 |
| 2/1/2003 | East River Design | $750.00 | 77.03 |
| 2/11/2003 | Thompson Hine LLP | $2,357.25 | 235.96 |
| 2/11/2003 | East River Design | $1,700.00 | 170.17 |
| 3/10/2003 | East River Design | $1,980.00 | 183.50 |
| 3/24/2003 | Thompson Hine LLP | $6,592.65 | 586.83 |
| 3/31/2003 | East River Design | $1,000.00 | 87.16 |
| 4/11/2003 | Thompson Hine LLP | $2,031.73 | 170.80 |
| 4/14/2003 | East River Design | $5,000.00 | 416.42 |
| 4/28/2003 | East River Design | $2,230.00 | 177.57 |
| 5/5/2003 | National City - Deposit | $4,500.00 | 350.35 |
| 5/9/2003 | National City - Deposit | $4,000.00 | 307.24 |
| 5/18/2003 | National City - Deposit | $4,500.00 | 335.07 |
| 6/5/2003 | Thompson Hine LLP | $1,345.20 | 90.18 |
| 6/30/2003 | Huntington Natl - Deposit | $20,000.00 | 1,241.11 |
| 7/23/2003 | Huntington Natl - Deposit | $40,000.00 | 2,315.51 |
| 8/25/2003 | Huntington Natl - Deposit | $40,000.00 | 2,075.71 |
| 9/9/2003 | Huntington Natl - Deposit | $50,000.00 | 5,804.65 |
| 9/9/2003 | East River Design | $4,000.00 | 4,584.57 |
| 10/3/2003 | Huntington Natl - Deposit | $92,350.00 | 13,498.18 |
| 10/17/2003 | Huntington Natl - Deposit | $150.00 | 20.47 |
| 10/26/2003 | Huntington Natl - Deposit | $16,500.00 | 2,214.30 |
| 11/4/2003 | Huntington Natl - Deposit | $14,000.00 | 1,875.55 |
| 11/6/2003 | Thompson Hine LLP | $277.00 | 36.96 |
| 11/14/2003 | Huntington Natl - Deposit | $23,000.00 | 3,021.14 |
| 11/24/2003 | Huntington Natl - Deposit | $5,535.00 | 712.58 |
| 12/4/2003 | Huntington Natl - Deposit | $6,500.00 | 831.75 |
| 12/23/2003 | Huntington Natl - Deposit | $5,600.00 | 688.00 |
| | | $361,122.61 | 42,654.93 |

# BRUSHY BROOK DEVELOPMENT COMPANY, LLC.

## Loans to BBDC from Grant Schmidt MD

| Original Loan Date | Payee | Loan Principal | Interest |
|---|---|---|---|
| 1/6/2004 | Huntington Bank - Deposit | $10,250.00 | $1,247.79 |
| 1/30/2004 | Huntington Bank - Deposit | $5,000.00 | $576.37 |
| 2/9/2004 | Huntington Bank - Deposit | $10,269.01 | $1,170.00 |
| 3/3/2004 | Huntington Bank - Deposit | $16,882.00 | $1,840.89 |
| 5/11/2004 | Huntington Bank - Deposit | $6,800.00 | $613.04 |
| 5/18/2004 | Huntington Bank - Deposit | $11,600.00 | $1,022.14 |
| 5/25/2004 | Huntington Bank - Deposit | $5,210.00 | $448.46 |
| 6/25/2004 | Huntington Bank - Deposit | $500.00 | $38.71 |
| 7/23/2004 | Huntington Bank - Deposit | $20,880.45 | $1,442.07 |
| | | $87,391.46 | $8,399.46 |

# BRUSHY BROOK DEVELOPMENT COMPANY, LLC.

## Loans to BBDC from Grant Schmidt MD

| Original Loan Date | Payee | Loan Principal | Interest |
|---|---|---|---|
| 2/16/2005 | Thompson Hine LLP | $1,941.59 | $71.41 |
| 3/3/2005 | Thompson Hine LLP | $2,676.80 | $93.21 |
| 4/14/2005 | Thompson Hine LLP | $6,689.30 | $173.28 |
| 5/4/2005 | Thompson Hine LLP | $2,970.94 | $66.42 |
| 5/11/2005 | Federal Express | $23.04 | $0.48 |
| 6/13/2005 | Thompson Hine LLP | $2,753.15 | $38.58 |
| 6/15/2005 | Kelly Remmel LLP | $1,057.70 | $14.34 |
| 7/14/2005 | Thompson Hine LLP | $2,476.28 | $17.35 |
| 7/18/2005 | Thompson Hine LLP | $4,588.85 | $28.00 |
| 7/20/2005 | Kelly Remmel LLP | $978.75 | $5.53 |
| 8/8/2005 | National City MC | $400.00 | $0.56 |
| 8/13/2005 | Kelly Remmel LLP | $1,517.60 | $0.35 |
| | | $28,074.00 | $509.53 |