UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES A. PISATURO, JR., TRUSTEE, *Plaintiff,* vs. GRANT SCHMIDT, M.D. and THOMPSON HINE LLP, *Defendants.* | ) | C.A. No. 07-393-ML |

**ENTRY OF APPEARANCE**

Now comes Brian J. Lamoureux of the law firm of Brown Rudnick Berlack Israels LLP and hereby enters his appearance on behalf of Defendant Grant Schmidt, M.D.

Date: December 3, 2007

**GRANT SCHMIDT, M.D.**

By his Attorneys,

/s/ Brian J. Lamoureux

Brian J. Lamoureux (#6211)
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax
bjl@brownrudnick.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I caused this document to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- Matthew J. McGowan, Esq. mmcgowan@smsllaw.com
- John A. Tarantino, Esq. jtarantino@apslaw.com
- Joseph Avanzato, Esq. javanzato@apslaw.com
- Katy A. Hynes, Esq. khynes@apslaw.com
- Patricia K. Rocha, Esq. procha@apslaw.com

/s/ Brian J. Lamoureux
Brian J. Lamoureux